

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2835-H |
| | ) | |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| | ) | |
| v. | ) | Title 18, U.S.C., Sec. 1001 - |
| | ) | False Statement to a Federal |
| ANTONIO ANORVE-ARIZMENDI, | ) | Officer |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 2001, within the Southern District of California, defendant ANTONIO ANORVE-ARIZMENDI, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Antonio Carlos Arizmendi, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: August 26, 2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:lg:San Diego
8/25/08